IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DANIEL RAY TREVINO                                                                    PETITIONER

v.                              Case No. 2:11CV00174 KGB-JTK

T.C. OUTLAW, *Warden*,
FCI-Forrest City                                                                       RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this the 10th day of August, 2012.

_____
Kristine G. Baker
United States District Judge