IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DANIEL RAY TREVINO                                                                          PETITIONER

v.                              Case No. 2:11CV00174 KGB-JTK

T.C. OUTLAW, *Warden*,
FCI-Forrest City                                                                            RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this the 10th day of August, 2012.

_____
Kristine G. Baker
United States District Judge